IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
CLERK'S OFFICE
MAR 2 3 2021
US DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| UNITED STATES OF AMERICA, | **I N D I C T M E N T** |
| Plaintiff, | |
| **v.** | **FILED UNDER SEAL** |
| **[1] JOSEPH E. PEREZ-GONZALEZ**, a/k/a "Peca", "Stripper", (Counts ONE through SIX) | CRIMINAL NO. 21-085 (Scc) |
| **[2] SHELBY J. PEREZ-CORA**, a/k/a "White Bear", "Shelby", (Counts ONE through SIX) | **Violations:** |
| **[3] JOSEPH MARTE-RODRIGUEZ**, a/k/a "Mato", "Matagato", (Counts ONE through SIX) | **(COUNT ONE)** Title 21, United States Code, §§ 841(a)(1), 846, and 860. |
| **[4] MIGUEL A. ARROYO-ANDUJAR**, a/k/a "Mawi", "Mawiton", (Counts ONE through SIX) | **(COUNT TWO)** Title 21, United States Code, §§ 841(a)(1), 860 and 2. |
| **[5] RAUL TORRES SANTANA**, a/k/a "Manota", (Counts ONE through FIVE) | **(COUNT THREE)** Title 21, United States Code, §§ 841(a)(1), 860 and 2. |
| **[6] JULIO RODRIGUEZ-FEBRES**, a/k/a "Julito", "Pai", "Líder", (Counts ONE through SIX) | **(COUNT FOUR)** Title 21, United States Code, §§ 841(a)(1), 860 and 2. |
| **[7] SHAQUILLE LUGO-NUNEZ**, a/k/a "Lindo", (Counts ONE through FIVE) | **(COUNT FIVE)** Title 21, United States Code, §§ 841(a)(1), 860 and 2. |
| **[8] IRON LEE JORGE COLON**, a/k/a "Iron", "Doble", "Doble A", (Counts ONE through SIX) | **(COUNT SIX)** Title 18, United States Code, § 924(c). |
| **[9] JEAN C. TORRES-MELENDEZ**, a/k/a "Yankee", "30", (Counts ONE through SIX) | |
| **[10] JORGE A. SANCHEZ-ARIZMENDI**, a/k/a "Georgi", "Rubia", "OG Black', (Counts ONE through SIX) | **Forfeiture Allegation** Title 21, United States Code, § 853 and Rule 32.2(a) F.R.C.P. Title 18, United States Code, §982 Title 28, United State Code, §2461(c) |
| **[11] MILTON CALIEL RODRIGUEZ-MEDERO**, a/k/a "Cali", (Counts ONE through SIX) | |
| **[12] SAUL ORTIZ-ORTIZ**, (Counts ONE through SIX) | **(SIX COUNTS)** |
| **[13] HECTOR DEEJAY VEGA-COLLAZO,** | |

a/k/a "DJ", "Dinero",
(Counts ONE through SIX)

**[14]   JOSE   NAVEDO-RAMOS,   a/k/a**
**"Joshuany", "Joshy",**
(Counts ONE through SIX)

**[15]   BRAYAN   HERNANDEZ-LOPEZ,**
**a/k/a "Sweepy", "Swepy",**
(Counts ONE through FIVE)

**[16] JUAN A. MARTINEZ-MARTINEZ,**
**a/k/a "Juancho", "Juanchi",**
(Counts ONE through SIX)

**[17] VICYAEL HERNANDEZ-DIAZ, a/k/a**
**"Menor", "Vicia", "Vic",**
(Counts ONE through SIX)

**[18] EDGAR R. LOPEZ-PELLOT, a/k/a**
**"Johnny", "Joni",**
(Counts ONE through SIX)

**[19] DAVID ESCRIBANO-LOPEZ, a/k/a**
**"Lobo",**
(Counts ONE through SIX)

**[20]   LUIS   E.   GUZMAN-GONZALEZ,**
**a/k/a "Chito", "Cheeto",**
(Counts ONE through FIVE)

**[21] MICHAEL ROMAN-AMADOR, a/k/a**
**"Huevo", "Pipi",**
(Counts ONE through FIVE)

**[22]   VICTOR   GUADALUPE-GOMEZ,**
**a/k/a "Vitito",**
(Counts ONE through SIX)

**[23]   JOSE ROBLES-FELICIANO, a/k/a**
**"Nervio",**
(Counts ONE through FIVE)

**[24]   PEDRO R. OQUENDO-ARRUFAT,**
**a/k/a "Chuky",**
(Counts ONE through SIX)

**[25] JUAN C. RIVERA-ESQUILIN, a/k/a**
**"Cano", "C",**
(Counts ONE through SIX)

**[26]   JOEL   RIVERA-MOLINA,   a/k/a**
**"Barber",**
(Counts ONE through SIX)

**[27]   CAMILO PEREZ-MARQUEZ, a/k/a**
**"El Boxeador",**
(Counts ONE through SIX)

**[28] LENNYN SANTIAGO-HERNANDEZ,**
**a/k/a "Lenny",**
(Counts ONE through SIX)

Page 2

[29] TONY R. LOPEZ-TORRES, a/k/a
"Sombra",
(Counts ONE through SIX)
[30] FRANCISCO BONILLA-GARCIA,
a/k/a "Cholin",
(Counts ONE through SIX)
[31] RICARDO A. ARIAS-RIVERA, a/k/a
"Ricky R", "Casco", "Ricky", "Cholon",
"Jirafa",
(Counts ONE through SIX)
[32] JOHN M. DAVILA-MARTINEZ, a/k/a
"Moña",
(Counts ONE through SIX)
[33] ALFRED BALIESTER-COLON, a/k/a
"Tuto",
(Counts ONE through SIX)
[34] HERIBERTO TORRES-DIAZ,
"Yerno",
(Counts ONE through SIX)
[35] LUIS E. DIAZ-PEGUERO,
(Counts ONE through SIX)
[36] HECTOR CUBA-ORTIZ, a/k/a
"Cuba",
(Counts ONE through SIX)
[37] JOHAN J. ROSALES-MEDERO, a/k/a
"Johancito",
(Counts ONE through FIVE)
[38] TERIX ZABALA-GONZALEZ, a/k/a
"Terix", "Teri",
(Counts ONE through FIVE)
[39] WILLYS J. TORRES-GONZALEZ,
a/k/a "Hershey",
(Counts ONE through FIVE)
[40] CHAWIL CAMPUSANO-VAZQUEZ,
a/k/a "Chawi", "Chewi", "Chegui",
(Counts ONE through FIVE)
[41] EVARIS NAOMI GARCIA-
CAMACHO,
(Counts ONE through FIVE)
[42] SAMUEL TORRES-SANTIAGO,
(Counts ONE through FIVE)
[43] JOUSEPH BERMUDEZ-MATOS,
a/k/a "Kobe",
(Counts ONE through FIVE)
[44] EMILIO RODRIGUEZ-ARCE,
(Counts ONE through FIVE)
[45] ANTHONY FIGUEROA-

VALLADARES, a/k/a "Farru", "Farruko",
(Counts ONE through FIVE)
**[46] RAYDEN ONEILL-DIAZ, a/k/a "R",
"J", "Reiden",**
(Counts ONE through FIVE)
**[47] EDUARDO BENITEZ-MELENDEZ,
a/k/a "Yambele",**
(Counts ONE through FIVE)
**[48] CARLOS R. MIRO-PAGAN, a/k/a
"Farru",**
(Counts ONE through FIVE)
**[49] RAYMOND PIZARRO-QUINTERO,
a/k/a "Memo",**
(Counts ONE through SIX)
**[50] VICTOR MARACAYO-CORREA,
a/k/a "Maca", "Los Maracayo", "M",**
(Counts ONE through FIVE)
**[51] FRANCISCO MARACAYO-CORREA,
a/k/a "Los Maracayo",**
(Counts ONE through SIX)
**[52] ALEXANDER SCHROEDER-
MONTANEZ, a/k/a "Blanquito",**
(Counts ONE through FIVE)
**[53] NOAH MARTINEZ, a/k/a "Gringo",**
(Counts ONE through FIVE)
**[54] BENJAMIN RIVERA-CASTRO, a/k/a
"Benji",**
(Counts ONE through FIVE)
**[55] ROBERTO RAMOS-
CARRASQUILLO, a/k/a "Popi",**
(Counts ONE through FIVE)
**[56] MARIA SANTIAGO-GONZALEZ,**
(Counts ONE through FIVE)
       Defendants.

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

**(Conspiracy to Possess with Intent to Distribute Controlled Substances)**

From at least in or about August, 2015 and continuing up to and until the return of the

instant Indictment, in the Municipalities of San Juan, Carolina and Trujillo Alto, in the District of

Puerto Rico, elsewhere, and within the jurisdiction of this Court,

[1] JOSEPH E. PEREZ-GONZALEZ, a/k/a "Peca", "Stripper",
[2] SHELBY J. PEREZ-CORA, a/k/a "White Bear", "Shelby",
[3] JOSEPH MARTE-RODRIGUEZ, a/k/a "Mato", "Matagato",
[4] MIGUEL A. ARROYO-ANDUJAR, a/k/a "Mawi", "Mawiton",
[5] RAUL TORRES SANTANA, a/k/a "Manota",
[6] JULIO RODRIGUEZ-FEBRES, a/k/a "Julito", "Pai", "Lider",
[7] SHAQUILLE LUGO-NUNEZ, a/k/a "Lindo",
[8] IRON LEE JORGE COLON, a/k/a "Iron", "Doble", "Doble A",
[9] JEAN C. TORRES-MELENDEZ, a/k/a "Yankee", "30",
[10] JORGE A. SANCHEZ-ARIZMENDI, a/k/a "Georgi", "Rubia", "OG Black',
[11] MILTON CALIEL RODRIGUEZ-MEDERO, a/k/a "Cali",
[12] SAUL ORTIZ-ORTIZ,
[13] HECTOR DEEJAY VEGA-COLLAZO, a/k/a "DJ", "Dinero",
[14] JOSE NAVEDO-RAMOS, a/k/a "Joshuany", "Joshy",
[15] BRAYAN HERNANDEZ-LOPEZ, a/k/a "Sweepy", "Swepy",
[16] JUAN A. MARTINEZ-MARTINEZ, a/k/a "Juancho", "Juanchi",
[17] VICYAEL HERNANDEZ-DIAZ, a/k/a "Menor", "Vicia", "Vic",
[18] EDGAR R. LOPEZ-PELLOT, a/k/a "Johnny", "Joni",
[19] DAVID ESCRIBANO-LOPEZ, a/k/a "Lobo",
[20] LUIS E. GUZMAN-GONZALEZ, a/k/a "Chito", "Cheeto",
[21] MICHAEL ROMAN-AMADOR, a/k/a "Huevo", "Pipi",
[22] VICTOR GUADALUPE-GOMEZ, a/k/a "Vitito",
[23] JOSE ROBLES-FELICIANO, a/k/a "Nervio",
[24] PEDRO R. OQUENDO-ARRUFAT, a/k/a "Chuky",
[25] JUAN C. RIVERA-ESQUILIN, a/k/a "Cano", "C"
[26] JOEL RIVERA-MOLINA, a/k/a "Barber",
[27] CAMILO PEREZ-MARQUEZ, a/k/a "El Boxeador",
[28] LENNYN SANTIAGO-HERNANDEZ, a/k/a "Lenny",
[29] TONY R. LOPEZ-TORRES, a/k/a "Sombra",
[30] FRANCISCO BONILLA-GARCIA, a/k/a "Cholin",
[31] RICARDO A. ARIAS-RIVERA, a/k/a "Ricky R", "Casco", "Ricky", "Cholon",
"Jirafa",
[32] JOHN M. DAVILA-MARTINEZ, a/k/a "Moña",
[33] ALFRED BALIESTER-COLON, a/k/a "Tuto",
[34] HERIBERTO TORRES-DIAZ, "Yerno",
[35] LUIS E. DIAZ-PEGUERO,
[36] HECTOR CUBA-ORTIZ, a/k/a "Cuba",
[37] JOHAN J. ROSALES-MEDERO, a/k/a "Johancito",
[38] TERIX ZABALA-GONZALEZ, a/k/a "Terix", "Teri",
[39] WILLYS J. TORRES-GONZALEZ, a/k/a "Hershey",
[40] CHAWIL CAMPUSANO-VAZQUEZ, a/k/a "Chawi", "Chewi", "Chegui",
[41] EVARIS NAOMI GARCIA-CAMACHO,
[42] SAMUEL TORRES-SANTIAGO,
[43] JOUSEPH BERMUDEZ-MATOS, a/k/a "Kobe",
[44] EMILIO RODRIGUEZ-ARCE,
[45] ANTHONY FIGUEROA-VALLADARES, a/k/a "Farru", "Farruko",

Page 5

**[46] RAYDEN ONEILL-DIAZ, a/k/a "R", "J", "Reiden",**
**[47] EDUARDO BENITEZ-MELENDEZ, a/k/a "Yambele",**
**[48] CARLOS R. MIRO-PAGAN, a/k/a "Farru",**
**[49] RAYMOND PIZARRO-QUINTERO, a/k/a "Memo",**
**[50] VICTOR MARACAYO-CORREA, a/k/a "Maca", "Los Maracayo", "M",**
**[51] FRANCISCO MARACAYO-CORREA, a/k/a "Los Maracayo",**
**[52] ALEXANDER SCHROEDER-MONTANEZ, a/k/a "Blanquito",**
**[53] NOAH MARTINEZ, a/k/a "Gringo",**
**[54] BENJAMIN RIVERA-CASTRO, a/k/a "Benji",**
**[55] ROBERTO RAMOS-CARRASQUILLO, a/k/a "Popi",**
**[56] MARIA SANTIAGO-GONZALEZ,**

the defendants herein, did knowingly and intentionally, combine, conspire, and agree with each other and with diverse other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly and intentionally possess with intent to distribute and/or to distribute controlled substances, to wit: in excess of two hundred and eighty (280) grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II Narcotic Drug Controlled Substance; in excess of one (1) kilogram of a mixture or substance containing a detectable amount of heroin, a Schedule I, Narcotic Drug Controlled Substance; in excess of five (5) kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II, Narcotic Drug Controlled Substance; in excess of one hundred (100) kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I, Controlled Substance; a mixture or substance containing a detectable amount of Oxycodone (commonly known as Percocet), a Schedule II Controlled Substance; and a mixture or substance containing a detectable amount of Alprazolam (commonly known as Xanax), a Schedule IV Controlled Substance; within one thousand (1,000) feet of a real property comprising the Jardines del Paraiso Public Housing Project, Jardines de Monte Hatillo Public Housing Project, Las Dalias Public Housing Project, Monte Park Public Housing Project, Jardines de Campo Rico Public Housing Project, San Martin Public Housing Project, Jardines de Country Club, Ernesto Ramos Antonini Public Housing Project, La Esmeralda Public Housing Project, Nuestra Senora de Covadonga

Public Housing Project, housing facilities owned by a public housing authority and Los Claveles Condominium and Buen Consejo Ward, all within one thousand (1,000) feet of a real property comprising a public or private school and/or playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 846 and 860.

## 65 INC.

In or around August 2015, new leadership among the street gangs arose and gained control of most of the housing projects and wards within specific areas of San Juan, Carolina, and Trujillo Alto. Members of this new gang identified themselves as **65 INC.**, or **65** (hereinafter, **65 INC.**) The goal of **65 INC.**, was to take over and maintain control of all the drug trafficking activities within specific areas of San Juan, Carolina and Trujillo Alto.

**65 INC.**, is a drug trafficking organization operating out of Jardines del Paraiso Public Housing Project, Jardines de Monte Hatillo Public Housing Project, Las Dalias Public Housing Project, Monte Park Public Housing Project, Jardines de Campo Rico Public Housing Project, San Martin Public Housing Project, Jardines de Country Club, Ernesto Ramos Antonini Public Housing Project, La Esmeralda Public Housing Project, Nuestra Senora de Covadonga Public Housing Project, Los Claveles Condominium and Buen Consejo Ward, all located in within the municipalities of San Juan, Carolina and Trujillo Alto.

The goal of **65 INC.**, was to maintain control of all the drug trafficking activities within the mentioned areas by the use of force, threats, intimidation and violence. In preserving power and protecting territory, the members of **65 INC.**, would profit from the illegal distribution of narcotics. Some of the members of **65 INC.**, would also transport and distribute kilogram quantities of cocaine from Puerto Rico to the continental United States.

## OBJECT OF THE CONSPIRACY

The object of the conspiracy was the large scale distribution of controlled substances at

Jardines del Paraiso Public Housing Project, Jardines de Monte Hatillo Public Housing Project, Las Dalias Public Housing Project, Monte Park Public Housing Project, Jardines de Campo Rico Public Housing Project, San Martin Public Housing Project, Jardines de Country Club, Ernesto Ramos Antonini Public Housing Project, La Esmeralda Public Housing Project, Nuestra Senora de Covadonga Public Housing Project, Los Claveles Condominium and Buen Consejo Ward, and other areas nearby, all located within the Municipalities of San Juan, Carolina and Trujillo Alto, Puerto Rico. Also, to possess and distribute kilogram quantities of controlled substances, mainly cocaine, in Puerto Rico for further distribution in the continental United States. All for significant financial gain and profit.

### MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and co-conspirators would accomplish and further the object of the conspiracy, among others, included the following:

1.      It was part of the manner and means of the conspiracy that the defendants and their co-conspirators would purchase wholesale quantities of heroin, cocaine and marijuana in order to distribute the same in street quantity amounts at their drug distribution points located in Jardines del Paraiso Public Housing Project, Jardines de Monte Hatillo Public Housing Project, Las Dalias Public Housing Project, Monte Park Public Housing Project, Jardines de Campo Rico Public Housing Project, San Martin Public Housing Project, Jardines de Country Club, Ernesto Ramos Antonini Public Housing Project, La Esmeralda Public Housing Project, Nuestra Senora de Covadonga Public Housing Project, Los Claveles Condominium and Buen Consejo Ward, and other areas nearby, all located within the Municipalities of San Juan, Carolina and Trujillo Alto, Puerto Rico.

2.      It was further  part of the manner and means of the conspiracy that the defendants and their co-conspirators had significant ties to the drug trafficking organization and would act in

different roles in order to further the goals of the conspiracy, to wit: leaders, drug point owners, runners, suppliers, enforcers, drug processors, sellers and facilitators. It was further part of the manner and means of the conspiracy that the leaders would maintain a group of co-defendants administrating the daily activities of the drug distribution points.

3.     It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would weigh, "cut", divide, and package the heroin, cocaine, crack and marijuana in distinctive "baggies" and/or "vials" in order to keep track of their narcotics.

4.     It was further part of the manner and means of the conspiracy that some of the cocaine purchased at wholesale quantities would be converted into crack cocaine, "cooked", for subsequent sale and distribution at their drug distribution points.

5.     It was further part of the manner and means of the conspiracy that the leaders and/or drug point owners of the drug trafficking organization would routinely authorize and instruct other co-conspirators to provide free "samples" of narcotics to "customers" in order to promote the sales of a specific brand of drug at the drug points.

6.     It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would use residences and/or apartments located within Jardines del Paraiso Public Housing Project, Jardines de Monte Hatillo Public Housing Project, Las Dalias Public Housing Project, Monte Park Public Housing Project, Jardines de Campo Rico Public Housing Project, San Martin Public Housing Project, Jardines de Country Club, Ernesto Ramos Antonini Public Housing Project, La Esmeralda Public Housing Project, Nuestra Senora de Covadonga Public Housing Project, Los Claveles Condominium and Buen Consejo Ward, and other areas nearby, in order to store and conceal heroin, cocaine base ("crack"), cocaine, marijuana, Alprazolam ("Xanax"), Oxycodone ("Percocet"), drug paraphernalia, firearms, ammunition, drug ledgers, and other records of the drug trafficking organization.

7.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would often package and prepare the narcotics in various residences and/or apartments located within Jardines del Paraiso Public Housing Project, Jardines de Monte Hatillo Public Housing Project, Las Dalias Public Housing Project, Monte Park Public Housing Project, Jardines de Campo Rico Public Housing Project, San Martin Public Housing Project, Jardines de Country Club, Ernesto Ramos Antonini Public Housing Project, La Esmeralda Public Housing Project, Nuestra Senora de Covadonga Public Housing Project, Los Claveles Condominium and Buen Consejo Ward, and other areas nearby, using those places as "drug laboratories".

8.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would have access to different type of vehicles, including but not limited to cars, motorcycles and scooters, in order to transport money, narcotics and firearms.

9.      It was further part of the manner and means of the conspiracy that the defendants and their co-conspirators would use two-way radios ("walkie-talkies" or scanners) in order to communicate and alert the presence of law enforcement agents or members of rival gangs.

10.     It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would routinely possess, carry, brandish, and use or discharge firearms to protect themselves and their drug trafficking organization. At different points during the conspiracy, the leaders would provide some members of the organization with different types of firearms, including but not limited to "high powered" rifles, in order to protect themselves, the narcotics and their profits from rival drug trafficking gangs.

11.     It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would often act as armed "look-outs" at strategically located positions within Jardines del Paraiso Public Housing Project, Jardines de Monte Hatillo Public

Housing Project, Las Dalias Public Housing Project, Monte Park Public Housing Project, Jardines de Campo Rico Public Housing Project, San Martin Public Housing Project, Jardines de Country Club, Ernesto Ramos Antonini Public Housing Project, La Esmeralda Public Housing Project, Nuestra Senora de Covadonga Public Housing Project, Los Claveles Condominium and Buen Consejo Ward, used to alert other co-conspirators of the presence of law enforcement agents and/or protect these areas from rival drug traffickers.

12.     It was further part of the manner and means of the conspiracy that some of the defendants and then co-conspirators would alter or modify the firearms used in the drug trafficking activities in order to make them fire in a fully automatic mode.

13.     It was further part of the manner and means of the conspiracy that members of the drug trafficking organization would use force, violence and intimidation to intimidate rival drug trafficking organizations, and to discipline members of their own drug trafficking organization.

14.     It was further part of the manner and means of the conspiracy that members of the drug trafficking organization would often "abduct" and assault rival drug traffickers as well as members of their own drug trafficking organization, in order to intimidate and maintain control of the drug trafficking activities.

15.  .   It was further part of the manner and means of the conspiracy that the leaders of the organization and their co-conspirators would distribute kilogram quantities of cocaine in the continental United States and would derive profits from those drug trafficking activities.

16.     It was further part of the manner and means of the conspiracy that some of the co-defendants and their co-conspirators would send United States currency from the continental United States to Puerto Rico, which represented payment for the drugs as well as proceeds from the sale of the drugs distributed in the continental United States.

17.     It was further part of the manner and means of the conspiracy that some of the co-

defendants and their co-conspirators would often recruit persons from the above mentioned areas and use them as "mules" or couriers to transport kilograms quantities of cocaine from Puerto Rico to the continental United States, as well as the profits generated from the sales back to Puerto Rico.

## ROLES OF THE MEMBERS OF THE CONSPIRACY

Leaders directly controlled and supervised the drug trafficking activities at the drug points located within Jardines del Paraiso Public Housing Project, Jardines de Monte Hatillo Public Housing Project, Las Dalias Public Housing Project, Monte Park Public Housing Project, Jardines de Campo Rico Public Housing Project, San Martin Public Housing Project, Jardines de Country Club, Ernesto Ramos Antonini Public Housing Project, La Esmeralda Public Housing Project, Nuestra Senora de Covadonga Public Housing Project, Los Claveles Condominium and Buen Consejo Ward, and other areas nearby, in the Municipalities of San Juan, Carolina and Trujillo Alto, Puerto Rico. Leaders and drug point owners, during the span of the conspiracy, purchased multi-kilogram quantities of narcotics and oversaw the transportation and sale of such narcotics at the drug points located in Jardines del Paraiso Public Housing Project, Jardines de Monte Hatillo Public Housing Project, Las Dalias Public Housing Project, Monte Park Public Housing Project, Jardines de Campo Rico Public Housing Project, San Martin Public Housing Project, Jardines de Country Club, Ernesto Ramos Antonini Public Housing Project, La Esmeralda Public Housing Project, Nuestra Senora de Covadonga Public Housing Project, Los Claveles Condominium and Buen Consejo Ward. Some of the leaders of the organization would also oversee the transportation and distribution of kilogram quantities of cocaine into the continental United States and would derive profits from those drug trafficking activities. At various times during the course of the conspiracy, leaders purchased firearms and allowed members of the conspiracy to carry such firearms and ammunition in order to protect the drug distribution activities;

Enforcers did possess, carry, brandish, use and discharge firearms to protect the leaders and

members of the drug trafficking organization, the narcotics, the proceeds derived from their sales, and to further accomplish the goals of the conspiracy. Enforcers often acted upon instructions given by the leaders of this organization. Enforcers would often provide protection to the drug trafficking organization's drug distribution points;

The suppliers were the defendants and their co-conspirators that would perform or carry out several acts within the conspiracy including but not limited to, supplying narcotics and/or firearms and/or ammunition to the drug distribution organization and/or drug distribution points;

Drug processors would meet under the direction of the leaders of the drug trafficking organization at different places inside or outside Jardines del Paraiso Public Housing Project, Jardines de Monte Hatillo Public Housing Project, Las Dalias Public Housing Project, Monte Park Public Housing Project, Jardines de Campo Rico Public Housing Project, San Martin Public Housing Project, Jardines de Country Club, Ernesto Ramos Antonini Public Housing Project, La Esmeralda Public Housing Project, Nuestra Senora de Covadonga Public Housing Project, Los Claveles Condominium and Buen Consejo Ward, or other areas in order to weigh, cut, mix, and prepare the controlled substances for street distribution. They would also package the heroin, crack, cocaine and marihuana in single dosage amounts and in distinctive "baggies", "decks" and/or "vials";

The runners worked under the direct supervision of the leaders of the drug trafficking organization. They were responsible for providing sufficient narcotics to the sellers for further distribution at the drug point.  They were also responsible for collecting the proceeds of drug sales and paying the street sellers.  They would also supervise and make sure that there were street sellers for every shift of the drug point. They would make schedules and prepare ledgers to maintain accountability of the sales of the narcotics sold at the drug point. At various times, they would be responsible for recruiting street sellers and additional runners. The runners had a supervisory role

within the conspiracy, as they would directly supervise on a daily basis, the activities of multiple

sellers, and the daily activities of the drug points;

The sellers would distribute street quantity amounts of heroin, crack cocaine, cocaine,

marijuana, oxycodone (commonly known as Percocet), and alprazolam (commonly known as

Xanax). As sellers, they were accountable for the drug proceeds and the narcotics sold at the drug

distribution points. At times, sellers would use two-way radios ("walkie-talkies", "scanners") in

order to communicate with other members of the conspiracy;

"Facilitators" would allow the use of their residences in order to process, store, and package

narcotics, paraphernalia, firearms and ammunition. Facilitators would often conceal, transport and

stash large amounts of U.S. Currency and drugs;

All in violation of Title 21, United States Code, Sections 841(a)(1), 846 and 860.

## COUNT TWO
### Possession with Intent To Distribute/Distribution of Heroin

From at least in or about August, 2015, and continuing up to and until the return of the

instant Indictment, in the Municipalities of San Juan, Carolina and Trujillo Alto, in the District of

Puerto Rico, elsewhere, and within the jurisdiction of this Court,

[1] JOSEPH E. PEREZ-GONZALEZ, a/k/a "Peca", "Stripper",
[2] SHELBY J. PEREZ-CORA, a/k/a "White Bear", "Shelby",
[3] JOSEPH MARTE-RODRIGUEZ, a/k/a "Mato", "Matagato",
[4] MIGUEL A. ARROYO-ANDUJAR, a/k/a "Mawi", "Mawiton",
[5] RAUL TORRES SANTANA, a/k/a "Manota",
[6] JULIO RODRIGUEZ-FEBRES, a/k/a "Julito", "Pai", "Líder",
[7] SHAQUILLE LUGO-NUNEZ, a/k/a "Lindo",
[8] IRON LEE JORGE COLON, a/k/a "Iron", "Doble", "Doble A",
[9] JEAN C. TORRES-MELENDEZ, a/k/a "Yankee", "30",
[10] JORGE A. SANCHEZ-ARIZMENDI, a/k/a "Georgi", "Rubia", "OG Black',
[11] MILTON CALIEL RODRIGUEZ-MEDERO, a/k/a "Cali",
[12] SAUL ORTIZ-ORTIZ,
[13] HECTOR DEEJAY VEGA-COLLAZO, a/k/a "DJ", "Dinero",
[14] JOSE NAVEDO-RAMOS, a/k/a "Joshuany", "Joshy",
[15] BRAYAN HERNANDEZ-LOPEZ, a/k/a "Sweepy", "Swepy",

[16] JUAN A. MARTINEZ-MARTINEZ, a/k/a "Juancho", "Juanchi",
[17] VICYAEL HERNANDEZ-DIAZ, a/k/a "Menor", "Vicia", "Vic",
[18] EDGAR R. LOPEZ-PELLOT, a/k/a "Johnny", "Joni",
[19] DAVID ESCRIBANO-LOPEZ, a/k/a "Lobo",
[20] LUIS E. GUZMAN-GONZALEZ, a/k/a "Chito", "Cheeto",
[21] MICHAEL ROMAN-AMADOR, a/k/a "Huevo", "Pipi",
[22] VICTOR GUADALUPE-GOMEZ, a/k/a "Vitito",
[23] JOSE ROBLES-FELICIANO, a/k/a "Nervio",
[24] PEDRO R. OQUENDO-ARRUFAT, a/k/a "Chuky",
[25] JUAN C. RIVERA-ESQUILIN, a/k/a "Cano", "C"
[26] JOEL RIVERA-MOLINA, a/k/a "Barber",
[27] CAMILO PEREZ-MARQUEZ, a/k/a "El Boxeador",
[28] LENNYN SANTIAGO-HERNANDEZ, a/k/a "Lenny",
[29] TONY R. LOPEZ-TORRES, a/k/a "Sombra",
[30] FRANCISCO BONILLA-GARCIA, a/k/a "Cholin",
[31] RICARDO A. ARIAS-RIVERA, a/k/a "Ricky R", "Casco", "Ricky", "Cholon",
"Jirafa",
[32] JOHN M. DAVILA-MARTINEZ, a/k/a "Moña",
[33] ALFRED BALIESTER-COLON, a/k/a "Tuto",
[34] HERIBERTO TORRES-DIAZ, "Yerno",
[35] LUIS E. DIAZ-PEGUERO,
[36] HECTOR CUBA-ORTIZ, a/k/a "Cuba",
[37] JOHAN J. ROSALES-MEDERO, a/k/a "Johancito",
[38] TERIX ZABALA-GONZALEZ, a/k/a "Terix", "Teri",
[39] WILLYS J. TORRES-GONZALEZ, a/k/a "Hershey",
[40] CHAWIL CAMPUSANO-VAZQUEZ, a/k/a "Chawi", "Chewi", "Chegui",
[41] EVARIS NAOMI GARCIA-CAMACHO,
[42] SAMUEL TORRES-SANTIAGO,
[43] JOUSEPH BERMUDEZ-MATOS, a/k/a "Kobe",
[44] EMILIO RODRIGUEZ-ARCE,
[45] ANTHONY FIGUEROA-VALLADARES, a/k/a "Farru", "Farruko",
[46] RAYDEN ONEILL-DIAZ, a/k/a "R", "J", "Reiden",
[47] EDUARDO BENITEZ-MELENDEZ, a/k/a "Yambele",
[48] CARLOS R. MIRO-PAGAN, a/k/a "Farru",
[49] RAYMOND PIZARRO-QUINTERO, a/k/a "Memo",
[50] VICTOR MARACAYO-CORREA, a/k/a "Maca", "Los Maracayo", "M",
[51] FRANCISCO MARACAYO-CORREA, a/k/a "Los Maracayo",
[52] ALEXANDER SCHROEDER-MONTANEZ, a/k/a "Blanquito",
[53] NOAH MARTINEZ, a/k/a "Gringo",
[54] BENJAMIN RIVERA-CASTRO, a/k/a "Benji",
[55] ROBERTO RAMOS-CARRASQUILLO, a/k/a "Popi",
[56] MARIA SANTIAGO-GONZALEZ,

the defendants herein, aiding and abetting one another, did knowingly and intentionally possess

with intent to distribute one (1) kilogram or more of a mixture or substance containing a detectable

amount of heroin, a Schedule I Narcotic Drug Controlled Substance, within one thousand (1,000) feet of a real property comprising the Jardines del Paraiso Public Housing Project, Jardines de Monte Hatillo Public Housing Project, Las Dalias Public Housing Project, Monte Park Public Housing Project, Jardines de Campo Rico Public Housing Project, San Martin Public Housing Project, Jardines de Country Club, Ernesto Ramos Antonini Public Housing Project, La Esmeralda Public Housing Project, Nuestra Senora de Covadonga Public Housing Project, housing facilities owned by a public housing authority and Los Claveles Condominium and Buen Consejo Ward, all within one thousand (1,000) feet of a real property comprising a public or private school and/or playground.

All in violation of Title 21, United States Code, §§ 841(a)(1), 860 and 2.

## COUNT THREE
### Possession with Intent To Distribute/Distribution of Cocaine Base

From at least in or about August, 2015, and continuing up to and until the return of the instant Indictment, in the Municipalities of San Juan, Carolina and Trujillo Alto, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court,

[1] JOSEPH E. PEREZ-GONZALEZ, a/k/a "Peca", "Stripper",
[2] SHELBY J. PEREZ-CORA, a/k/a "White Bear", "Shelby",
[3] JOSEPH MARTE-RODRIGUEZ, a/k/a "Mato", "Matagato",
[4] MIGUEL A. ARROYO-ANDUJAR, a/k/a "Mawi", "Mawiton",
[5] RAUL TORRES SANTANA, a/k/a "Manota",
[6] JULIO RODRIGUEZ-FEBRES, a/k/a "Julito", "Pai", "Líder",
[7] SHAQUILLE LUGO-NUNEZ, a/k/a "Lindo",
[8] IRON LEE JORGE COLON, a/k/a "Iron", "Doble", "Doble A",
[9] JEAN C. TORRES-MELENDEZ, a/k/a "Yankee", "30",
[10] JORGE A. SANCHEZ-ARIZMENDI, a/k/a "Georgi", "Rubia", "OG Black',
[11] MILTON CALIEL RODRIGUEZ-MEDERO, a/k/a "Cali",
[12] SAUL ORTIZ-ORTIZ,
[13] HECTOR DEEJAY VEGA-COLLAZO, a/k/a "DJ", "Dinero",
[14] JOSE NAVEDO-RAMOS, a/k/a "Joshuany", "Joshy",
[15] BRAYAN HERNANDEZ-LOPEZ, a/k/a "Sweepy", "Swepy",

[16] JUAN A. MARTINEZ-MARTINEZ, a/k/a "Juancho", "Juanchi",
[17] VICYAEL HERNANDEZ-DIAZ, a/k/a "Menor", "Vicia", "Vic",
[18] EDGAR R. LOPEZ-PELLOT, a/k/a "Johnny", "Joni",
[19] DAVID ESCRIBANO-LOPEZ, a/k/a "Lobo",
[20] LUIS E. GUZMAN-GONZALEZ, a/k/a "Chito", "Cheeto",
[21] MICHAEL ROMAN-AMADOR, a/k/a "Huevo", "Pipi",
[22] VICTOR GUADALUPE-GOMEZ, a/k/a "Vitito",
[23] JOSE ROBLES-FELICIANO, a/k/a "Nervio",
[24] PEDRO R. OQUENDO-ARRUFAT, a/k/a "Chuky",
[25] JUAN C. RIVERA-ESQUILIN, a/k/a "Cano", "C"
[26] JOEL RIVERA-MOLINA, a/k/a "Barber",
[27] CAMILO PEREZ-MARQUEZ, a/k/a "El Boxeador",
[28] LENNYN SANTIAGO-HERNANDEZ, a/k/a "Lenny",
[29] TONY R. LOPEZ-TORRES, a/k/a "Sombra",
[30] FRANCISCO BONILLA-GARCIA, a/k/a "Cholin",
[31] RICARDO A. ARIAS-RIVERA, a/k/a "Ricky R", "Casco", "Ricky", "Cholon",
"Jirafa",
[32] JOHN M. DAVILA-MARTINEZ, a/k/a "Moña",
[33] ALFRED BALIESTER-COLON, a/k/a "Tuto",
[34] HERIBERTO TORRES-DIAZ, "Yerno",
[35] LUIS E. DIAZ-PEGUERO,
[36] HECTOR CUBA-ORTIZ, a/k/a "Cuba",
[37] JOHAN J. ROSALES-MEDERO, a/k/a "Johancito",
[38] TERIX ZABALA-GONZALEZ, a/k/a "Terix", "Teri",
[39] WILLYS J. TORRES-GONZALEZ, a/k/a "Hershey",
[40] CHAWIL CAMPUSANO-VAZQUEZ, a/k/a "Chawi", "Chewi", "Chegui",
[41] EVARIS NAOMI GARCIA-CAMACHO,
[42] SAMUEL TORRES-SANTIAGO,
[43] JOUSEPH BERMUDEZ-MATOS, a/k/a "Kobe",
[44] EMILIO RODRIGUEZ-ARCE,
[45] ANTHONY FIGUEROA-VALLADARES, a/k/a "Farru", "Farruko",
[46] RAYDEN ONEILL-DIAZ, a/k/a "R", "J", "Reiden",
[47] EDUARDO BENITEZ-MELENDEZ, a/k/a "Yambele",
[48] CARLOS R. MIRO-PAGAN, a/k/a "Farru",
[49] RAYMOND PIZARRO-QUINTERO, a/k/a "Memo",
[50] VICTOR MARACAYO-CORREA, a/k/a "Maca", "Los Maracayo", "M",
[51] FRANCISCO MARACAYO-CORREA, a/k/a "Los Maracayo",
[52] ALEXANDER SCHROEDER-MONTANEZ, a/k/a "Blanquito",
[53] NOAH MARTINEZ, a/k/a "Gringo",
[54] BENJAMIN RIVERA-CASTRO, a/k/a "Benji",
[55] ROBERTO RAMOS-CARRASQUILLO, a/k/a "Popi",
[56] MARIA SANTIAGO-GONZALEZ,

the defendants herein, adding and abetting one another, did knowingly and intentionally possess

with intent to distribute two hundred and eighty (280) grams or more of a mixture or substance

containing a detectable amount of cocaine base (Crack), a Schedule II Narcotic Drug Controlled

Substance, within one thousand (1,000) feet of a real property comprising the Jardines del Paraiso

Public Housing Project, Jardines de Monte Hatillo Public Housing Project, Las Dalias Public

Housing Project, Monte Park Public Housing Project, Jardines de Campo Rico Public Housing

Project, San Martin Public Housing Project, Jardines de Country Club, Ernesto Ramos Antonini

Public Housing Project, La Esmeralda Public Housing Project, Nuestra Senora de Covadonga

Public Housing Project, housing facilities owned by a public housing authority and Los Claveles

Condominium and Buen Consejo Ward, all within one thousand (1,000) feet of a real property

comprising a public or private school and/or playground.

All in violation of Title 21, United States Code, §§ 841(a)(1), 860 and 2.

## COUNT FOUR
### Possession with Intent To Distribute/Distribution of Cocaine

From at least in or about August, 2015, and continuing up to and until the return of the

instant Indictment, in the Municipalities of San Juan, Carolina and Trujillo Alto, in the District of

Puerto Rico, elsewhere, and within the jurisdiction of this Court,

[1] JOSEPH E. PEREZ-GONZALEZ, a/k/a "Peca", "Stripper",
[2] SHELBY J. PEREZ-CORA, a/k/a "White Bear", "Shelby",
[3] JOSEPH MARTE-RODRIGUEZ, a/k/a "Mato", "Matagato",
[4] MIGUEL A. ARROYO-ANDUJAR, a/k/a "Mawi", "Mawiton",
[5] RAUL TORRES SANTANA, a/k/a "Manota",
[6] JULIO RODRIGUEZ-FEBRES, a/k/a "Julito", "Pai", "Líder",
[7] SHAQUILLE LUGO-NUNEZ, a/k/a "Lindo",
[8] IRON LEE JORGE COLON, a/k/a "Iron", "Doble", "Doble A",
[9] JEAN C. TORRES-MELENDEZ, a/k/a "Yankee", "30",
[10] JORGE A. SANCHEZ-ARIZMENDI, a/k/a "Georgi", "Rubia", "OG Black',
[11] MILTON CALIEL RODRIGUEZ-MEDERO, a/k/a "Cali",
[12] SAUL ORTIZ-ORTIZ,
[13] HECTOR DEEJAY VEGA-COLLAZO, a/k/a "DJ", "Dinero",
[14] JOSE NAVEDO-RAMOS, a/k/a "Joshuany", "Joshy",
[15] BRAYAN HERNANDEZ-LOPEZ, a/k/a "Sweepy", "Swepy",
[16] JUAN A. MARTINEZ-MARTINEZ, a/k/a "Juancho", "Juanchi",

[17] VICYAEL HERNANDEZ-DIAZ, a/k/a "Menor", "Vicia", "Vic",
[18] EDGAR R. LOPEZ-PELLOT, a/k/a "Johnny", "Joni",
[19] DAVID ESCRIBANO-LOPEZ, a/k/a "Lobo",
[20] LUIS E. GUZMAN-GONZALEZ, a/k/a "Chito", "Cheeto",
[21] MICHAEL ROMAN-AMADOR, a/k/a "Huevo", "Pipi",
[22] VICTOR GUADALUPE-GOMEZ, a/k/a "Vitito",
[23] JOSE ROBLES-FELICIANO, a/k/a "Nervio",
[24] PEDRO R. OQUENDO-ARRUFAT, a/k/a "Chuky",
[25] JUAN C. RIVERA-ESQUILIN, a/k/a "Cano", "C"
[26] JOEL RIVERA-MOLINA, a/k/a "Barber",
[27] CAMILO PEREZ-MARQUEZ, a/k/a "El Boxeador",
[28] LENNYN SANTIAGO-HERNANDEZ, a/k/a "Lenny",
[29] TONY R. LOPEZ-TORRES, a/k/a "Sombra",
[30] FRANCISCO BONILLA-GARCIA, a/k/a "Cholin",
[31] RICARDO A. ARIAS-RIVERA, a/k/a "Ricky R", "Casco", "Ricky", "Cholon",
"Jirafa",
[32] JOHN M. DAVILA-MARTINEZ, a/k/a "Moña",
[33] ALFRED BALIESTER-COLON, a/k/a "Tuto",
[34] HERIBERTO TORRES-DIAZ, "Yerno",
[35] LUIS E. DIAZ-PEGUERO,
[36] HECTOR CUBA-ORTIZ, a/k/a "Cuba",
[37] JOHAN J. ROSALES-MEDERO, a/k/a "Johancito",
[38] TERIX ZABALA-GONZALEZ, a/k/a "Terix", "Teri",
[39] WILLYS J. TORRES-GONZALEZ, a/k/a "Hershey",
[40] CHAWIL CAMPUSANO-VAZQUEZ, a/k/a "Chawi", "Chewi", "Chegui",
[41] EVARIS NAOMI GARCIA-CAMACHO,
[42] SAMUEL TORRES-SANTIAGO,
[43] JOUSEPH BERMUDEZ-MATOS, a/k/a "Kobe",
[44] EMILIO RODRIGUEZ-ARCE,
[45] ANTHONY FIGUEROA-VALLADARES, a/k/a "Farru", "Farruko",
[46] RAYDEN ONEILL-DIAZ, a/k/a "R", "J", "Reiden",
[47] EDUARDO BENITEZ-MELENDEZ, a/k/a "Yambele",
[48] CARLOS R. MIRO-PAGAN, a/k/a "Farru",
[49] RAYMOND PIZARRO-QUINTERO, a/k/a "Memo",
[50] VICTOR MARACAYO-CORREA, a/k/a "Maca", "Los Maracayo", "M",
[51] FRANCISCO MARACAYO-CORREA, a/k/a "Los Maracayo",
[52] ALEXANDER SCHROEDER-MONTANEZ, a/k/a "Blanquito",
[53] NOAH MARTINEZ, a/k/a "Gringo",
[54] BENJAMIN RIVERA-CASTRO, a/k/a "Benji",
[55] ROBERTO RAMOS-CARRASQUILLO, a/k/a "Popi",
[56] MARIA SANTIAGO-GONZALEZ,

the defendants herein, adding and abetting one another, did knowingly and intentionally possess

with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable

amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, within one thousand (1,000) feet of a real property comprising the Jardines del Paraiso Public Housing Project, Jardines de Monte Hatillo Public Housing Project, Las Dalias Public Housing Project, Monte Park Public Housing Project, Jardines de Campo Rico Public Housing Project, San Martin Public Housing Project, Jardines de Country Club, Ernesto Ramos Antonini Public Housing Project, La Esmeralda Public Housing Project, Nuestra Senora de Covadonga Public Housing Project, housing facilities owned by a public housing authority and Los Claveles Condominium and Buen Consejo Ward, all within one thousand (1,000) feet of a real property comprising a public or private school and/or playground.

All in violation of Title 21, United States Code, §§ 841(a)(1), 860 and 2.

## COUNT FIVE

### Possession with Intent To Distribute/Distribution of Marijuana

From at least in or about August, 2015, and continuing up to and until the return of the instant Indictment, in the Municipalities of San Juan, Carolina and Trujillo Alto, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court,

[1] JOSEPH E. PEREZ-GONZALEZ, a/k/a "Peca", "Stripper",
[2] SHELBY J. PEREZ-CORA, a/k/a "White Bear", "Shelby",
[3] JOSEPH MARTE-RODRIGUEZ, a/k/a "Mato", "Matagato",
[4] MIGUEL A. ARROYO-ANDUJAR, a/k/a "Mawi", "Mawiton",
[5] RAUL TORRES SANTANA, a/k/a "Manota",
[6] JULIO RODRIGUEZ-FEBRES, a/k/a "Julito", "Pai", "Líder",
[7] SHAQUILLE LUGO-NUNEZ, a/k/a "Lindo",
[8] IRON LEE JORGE COLON, a/k/a "Iron", "Doble", "Doble A",
[9] JEAN C. TORRES-MELENDEZ, a/k/a "Yankee", "30",
[10] JORGE A. SANCHEZ-ARIZMENDI, a/k/a "Georgi", "Rubia", "OG Black',
[11] MILTON CALIEL RODRIGUEZ-MEDERO, a/k/a "Cali",
[12] SAUL ORTIZ-ORTIZ,
[13] HECTOR DEEJAY VEGA-COLLAZO, a/k/a "DJ", "Dinero",
[14] JOSE NAVEDO-RAMOS, a/k/a "Joshuany", "Joshy",
[15] BRAYAN HERNANDEZ-LOPEZ, a/k/a "Sweepy", "Swepy",

[16] JUAN A. MARTINEZ-MARTINEZ, a/k/a "Juancho", "Juanchi",
[17] VICYAEL HERNANDEZ-DIAZ, a/k/a "Menor", "Vicia", "Vic",
[18] EDGAR R. LOPEZ-PELLOT, a/k/a "Johnny", "Joni",
[19] DAVID ESCRIBANO-LOPEZ, a/k/a "Lobo",
[20] LUIS E. GUZMAN-GONZALEZ, a/k/a "Chito", "Cheeto",
[21] MICHAEL ROMAN-AMADOR, a/k/a "Huevo", "Pipi",
[22] VICTOR GUADALUPE-GOMEZ, a/k/a "Vitito",
[23] JOSE ROBLES-FELICIANO, a/k/a "Nervio",
[24] PEDRO R. OQUENDO-ARRUFAT, a/k/a "Chuky",
[25] JUAN C. RIVERA-ESQUILIN, a/k/a "Cano", "C"
[26] JOEL RIVERA-MOLINA, a/k/a "Barber",
[27] CAMILO PEREZ-MARQUEZ, a/k/a "El Boxeador",
[28] LENNYN SANTIAGO-HERNANDEZ, a/k/a "Lenny",
[29] TONY R. LOPEZ-TORRES, a/k/a "Sombra",
[30] FRANCISCO BONILLA-GARCIA, a/k/a "Cholin",
[31] RICARDO A. ARIAS-RIVERA, a/k/a "Ricky R", "Casco", "Ricky", "Cholon",
"Jirafa",
[32] JOHN M. DAVILA-MARTINEZ, a/k/a "Moña",
[33] ALFRED BALIESTER-COLON, a/k/a "Tuto",
[34] HERIBERTO TORRES-DIAZ, "Yerno",
[35] LUIS E. DIAZ-PEGUERO,
[36] HECTOR CUBA-ORTIZ, a/k/a "Cuba",
[37] JOHAN J. ROSALES-MEDERO, a/k/a "Johancito",
[38] TERIX ZABALA-GONZALEZ, a/k/a "Terix", "Teri",
[39] WILLYS J. TORRES-GONZALEZ, a/k/a "Hershey",
[40] CHAWIL CAMPUSANO-VAZQUEZ, a/k/a "Chawi", "Chewi", "Chegui",
[41] EVARIS NAOMI GARCIA-CAMACHO,
[42] SAMUEL TORRES-SANTIAGO,
[43] JOUSEPH BERMUDEZ-MATOS, a/k/a "Kobe",
[44] EMILIO RODRIGUEZ-ARCE,
[45] ANTHONY FIGUEROA-VALLADARES, a/k/a "Farru", "Farruko",
[46] RAYDEN ONEILL-DIAZ, a/k/a "R", "J", "Reiden",
[47] EDUARDO BENITEZ-MELENDEZ, a/k/a "Yambele",
[48] CARLOS R. MIRO-PAGAN, a/k/a "Farru",
[49] RAYMOND PIZARRO-QUINTERO, a/k/a "Memo",
[50] VICTOR MARACAYO-CORREA, a/k/a "Maca", "Los Maracayo", "M",
[51] FRANCISCO MARACAYO-CORREA, a/k/a "Los Maracayo",
[52] ALEXANDER SCHROEDER-MONTANEZ, a/k/a "Blanquito",
[53] NOAH MARTINEZ, a/k/a "Gringo",
[54] BENJAMIN RIVERA-CASTRO, a/k/a "Benji",
[55] ROBERTO RAMOS-CARRASQUILLO, a/k/a "Popi",
[56] MARIA SANTIAGO-GONZALEZ,

the defendants herein, adding and abetting one another, did knowingly and intentionally possess

with intent to distribute one hundred (100) kilograms or more of a mixture or substance containing

Page 21

a detectable amount of marijuana, a Schedule I Controlled Substance, within one thousand (1,000) feet of a real property comprising the Jardines del Paraiso Public Housing Project, Jardines de Monte Hatillo Public Housing Project, Las Dalias Public Housing Project, Monte Park Public Housing Project, Jardines de Campo Rico Public Housing Project, San Martin Public Housing Project, Jardines de Country Club, Ernesto Ramos Antonini Public Housing Project, La Esmeralda Public Housing Project, Nuestra Senora de Covadonga Public Housing Project, housing facilities owned by a public housing authority and Los Claveles Condominium and Buen Consejo Ward, all within one thousand (1,000) feet of a real property comprising a public or private school and/or playground.

All in violation of Title 21, United States Code, §§ 841(a)(1), 860 and 2.

## COUNT SIX

### Possession of Firearms in Furtherance of a Drug Trafficking Crime

From at least in or about August, 2015, and continuing up to and until the return of the instant Indictment, in the Municipalities of San Juan, Carolina and Trujillo Alto, in the District of Puerto Rico, elsewhere, and within the jurisdiction of this Court,

[1] JOSEPH E. PEREZ-GONZALEZ, a/k/a "Peca", "Stripper",
[2] SHELBY J. PEREZ-CORA, a/k/a "White Bear", "Shelby",
[3] JOSEPH MARTE-RODRIGUEZ, a/k/a "Mato", "Matagato",
[4] MIGUEL A. ARROYO-ANDUJAR, a/k/a "Mawi", "Mawiton",
[6] JULIO RODRIGUEZ-FEBRES, a/k/a "Julito", "Pai", "Líder",
[8] IRON LEE JORGE COLON, a/k/a "Iron", "Doble", "Doble A",
[9] JEAN C. TORRES-MELENDEZ, a/k/a "Yankee", "30",
[10] JORGE A. SANCHEZ-ARIZMENDI, a/k/a "Georgi", "Rubia", "OG Black',
[11] MILTON CALIEL RODRIGUEZ-MEDERO, a/k/a "Cali",
[12] SAUL ORTIZ-ORTIZ,
[13] HECTOR DEEJAY VEGA-COLLAZO, a/k/a "DJ", "Dinero",
[14] JOSE NAVEDO-RAMOS, a/k/a "Joshuany", "Joshy",
[16] JUAN A. MARTINEZ-MARTINEZ, a/k/a "Juancho", "Juanchi",
[17] VICYAEL HERNANDEZ-DIAZ, a/k/a "Menor", "Vicia", "Vic",
[18] EDGAR R. LOPEZ-PELLOT, a/k/a "Johnny", "Joni",
[19] DAVID ESCRIBANO-LOPEZ, a/k/a "Lobo",

[22] VICTOR GUADALUPE-GOMEZ, a/k/a "Vitito",
[24] PEDRO R. OQUENDO-ARRUFAT, a/k/a "Chuky",
[25] JUAN C. RIVERA-ESQUILIN, a/k/a "Cano", "C",
[26] JOEL RIVERA-MOLINA, a/k/a "Barber",
[27] CAMILO PEREZ-MARQUEZ, a/k/a "El Boxeador",
[28] LENNYN SANTIAGO-HERNANDEZ, a/k/a "Lenny",
[29] TONY R. LOPEZ-TORRES, a/k/a "Sombra",
[30] FRANCISCO BONILLA-GARCIA, a/k/a "Cholin",
[31] RICARDO A. ARIAS-RIVERA, a/k/a "Ricky R", "Casco", "Ricky", "Cholon",
"Jirafa",
[32] JOHN M. DAVILA-MARTINEZ, a/k/a "Moña",
[33] ALFRED BALIESTER-COLON, a/k/a "Tuto",
[34] HERIBERTO TORRES-DIAZ, "Yerno",
[35] LUIS E. DIAZ-PEGUERO,
[36] HECTOR CUBA-ORTIZ, a/k/a "Cuba",
[49] RAYMOND PIZARRO-QUINTERO, a/k/a "Memo",
[51] FRANCISCO MARACAYO-CORREA, a/k/a "Los Maracayo",

the defendants herein, did knowingly and unlawfully possess firearms, of unknown make and caliber, as that term is defined in Title 18, <u>United States Code</u>, Section 921(a)(3), in furtherance of a drug trafficking crime for which they may be prosecuted in a Court of the United States, that is possession with intent to distribute controlled substances. All in violation of Title 18, <u>United States Code</u>, § 924(c)(1)(A).

**(SPACE INTENTIONALLY LEFT IN BLANK)(CONTINUED ON THE NEXT PAGE)**

## NARCOTICS FORFEITURE ALLEGATION

The allegations contained in Counts ONE to FIVE of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of the offense in violation of Title 21, United States Code, §§ 841 and 846, set forth in Count ONE to FIVE of this Indictment, the defendants, shall forfeit to the United States, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to, the following: $40,000,000.00

If any of the property described above, as a result of any act or omission of the defendants:

1.  cannot be located upon the exercise of due diligence;

2.  has been transferred or sold to, or deposited with, a third party;

3.  has been placed beyond the jurisdiction of the court;

4.  has been substantially diminished in value; or

5.  has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 United States Code, § 853(p).

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in Count SIX of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).  Upon conviction of either of the offense in violation of Title 18, United States Code, Section 924(c) as set forth in Count SIX of this Indictment, the defendants shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the commission of the offense.

**(SPACE INTENTIONALLY LEFT IN BLANK)(CONTINUED ON THE NEXT PAGE)**

All pursuant to Title 18, <u>United States Code</u>, Section 924(d) and Title 28, <u>United States</u>

<u>Code,</u> Section 2461(c).

TRUE BILL

FOREPERSON

Date: _23 Mar 2021_

W. STEPHEN MULDROW
United States Attorney

Alberto R. López-Rocafort
Assistant United States Attorney
Chief, Gang Section

Teresa S. Zapata-Valladares
Assistant United States Attorney
Deputy Chief, Gang Section

Pedro R. Casablanca
Assistant United States Attorney