UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 21-4181-DHH

UNITED STATES OF AMERICA

v.

RAYDEN ONEILL-DIAZ

## ORDER PURSUANT TO
## FEDERAL RULE OF CRIMINAL PROCEDURE 5

March 31, 2021

Hennessy, U.S.M.J.

In compliance with the Due Process Protections Act, the Court issues the following Order. Consistent with *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny:

The United States is ordered to disclose all exculpatory information, in a timely manner, to the defendant. This information includes, but is not limited to, evidence that is material and is favorable to the accused. Specific categories of exculpatory evidence that must be provided to the defense are set out in Local Rule 116.2. The failure to discharge this obligation may result in consequences, including the reversal of any conviction, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and/or sanctions by the Court. So Ordered.

/ s / David H. Hennessy
David H. Hennessy
United States Magistrate Judge